**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1989**

FARIBA WALDROP,

             Plaintiff – Appellant,

       v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:10-cv-00328-AW)

Submitted: April 30, 2012                Decided:  May 8, 2012

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joyce E. Smithey, RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC, Annapolis, Maryland, for Appellant.   Linda Hitt Thatcher, Robert J. Baror, THATCHER LAW FIRM, LLC, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fariba Waldrop appeals the district court's order granting summary judgment to Defendant in this action alleging national origin discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Waldrop v. Science Applications Int'l Corp., No. 8:10-cv-00328-AW (D. Md. Sept. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED